UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN PATRICK ESTY,

    Petitioner,

v.                                            Case No. 3:14cv357/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 4, 2015. (Doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 24) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss the amended petition as an unauthorized second or successive petition, as untimely, and as an abuse of the writ (doc. 18) is DENIED.

3. The amended petition for writ of habeas corpus (doc. 11), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Sean Patrick Esty* in the Circuit Court for Escambia County, Florida, Case No. 92-132 is DENIED on the grounds that petitioner's Grounds 1 and 2 fail to state a claim on which federal habeas relief may be granted; and Grounds 3-7 are procedurally defaulted.

4. The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 9th day of July, 2015.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**